FILED
SEP 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NO. 2:07-CR-205-MHT |
| *FRANCISCO AMAURY RUIZ OGANDO | ) | [18 USC 1001(a)(2); |
| ~~FNU LNU~~, | ) | 42 USC 408(a)(7)(B); |
| ~~a/k/a Francisco Amaury Ruiz Ogando~~, | ) | 18 USC 1028A(a)(1); |
| a/k/a Alfredo Rodriguez Rios, | ) | 18 USC 1621(1)] |
| a/k/a Alfredo Rios Perez | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 15, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

*FRANCISO AMAURY RUIZ OGANDO
~~FNU LNU~~,
~~a/k/a Francisco Amaury Ruiz Ogando,~~
a/k/a Alfredo Rodriguez Rios,
a/k/a Alfredo Rios Perez,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Marshals Service, an agency within the executive branch of the United States, in that the defendant, in response to questions posed to him by federal agent Christopher Wright, stated that his name was Alfredo Rodriguez Rios, born on January xx, 1984, and his social security number was xxx-xx-3951 matching the name, date of birth and social security number of Alfredo Rodriguez Rios. In fact, as the defendant well knew, he was not Alfredo Rodriguez Rios, born on January xx, 1984, and the social security number xxx-xx-3951 he provided had not been assigned to him by the Commissioner of Social Security.

All in violation of Title 18, United States Code, Section 1001(a)(2).

*NAME AMENDED/CORRECTED PER ORDER 12/14/07
ORDER, DN 16

SCANNED

## COUNT 2

On or about June 15, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

*FRANCISCO AMAURY RUIZ OGANDO
~~FNU LNU~~,
~~a/k/a Francisco Amaury Ruiz Ogando~~,
a/k/a Alfredo Rodriguez Rios,
a/k/a Alfredo Rios Perez,

did knowingly and with intent to deceive, falsely represent a number, to wit: xxx-xx-3951, to be the Social Security account number assigned to him by the Commissioner of Social Security when, in fact, such is not the Social Security account number assigned to him by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(b).

## COUNT 3

On or about June 15, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

*FRANCISCO AMAURY RUIZ OGANDO
~~FNU LNU~~,
~~a/k/a Francisco Amaury Ruiz Ogando~~,
a/k/a Alfredo Rodriguez Rios,
a/k/a Alfredo Rios Perez,

did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit, the name of Alfredo Rodriguez Rios, date of birth January xx, 1984, and social security xxx-xx-3951, during and in relation to Making a False Statement (Title 18, United States Code, Section 1001), and Social Security Fraud (Title 42, United States Code, Section 408), both felony offenses.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

2

<u>COUNT 4</u>

On or about June 27, 2007, in Montgomery County, within the Middle District of Alabama, the defendant,

*FRANCISCO AMAURY RUIZ OGANDO
~~FNU LNU,~~
~~a/k/a Francisco Amaury Ruiz Ogando~~,
a/k/a Alfredo Rodriguez Rios,
a/k/a Alfredo Rios Perez,

having duly taken an oath, before United States Magistrate Judge Susan Russ Walker, a competent tribunal in a case which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, and certify truly, did willfully and contrary to such oath state and subscribe a material matter which he did not believe to be true, to wit, in the United States District Court for the Middle District of Alabama, <u>United States of America v. Alfredo Rodriquez-Rios</u>, Case No. 2:06cr233-MHT, while under oath in a change of plea proceeding the defendant stated falsely the following:

    THE COURT:   All right.  Then we'll go ahead and swear in the defendant.

    THE CLERK:   If you'd raise your right hand.  (The defendant is sworn)

    THE COURT:   Mr. Rodriguez, do you understand that you are now under oath and that if you answer any of the questions asked here falsely, your answers may later be used against you in another prosecution for perjury or making a false statement?

    THE DEFENDANT:   Yes.

    THE COURT:   What is your full name, please?

    THE DEFENDANT:   (In English) Alfredo Rodriguez-Rios.

Later, during the same proceeding, the defendant testified as follows:

    THE COURT:   You can address him and ask him questions.

    MS. DEEGAN:   Okay.  Yes, ma'am.  You are Alfredo Rodriguez-Rios?

3

THE DEFENDANT: Yes.

The aforesaid underscored testimony of the defendant, as he then and there well knew and believed was false, in that Alfredo Rodriguez Rios, having the same date of birth and social security used by the above defendant is deceased.

All in violation of Title 18, United States Code, Section 1621(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney