IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:07cr205-MHT |
| ) | |
| FNU LNU  a/k/a FRANCISCO ) | |
| AMAURY RUIZ OGANDO, a/k/a ) | |
| ALFREDO RODRIGUEZ RIOS, ) | |
| a/k/a ALFREDO RIOS PEREZ ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for September 26, 2007 at 10:30 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: FNU LNU a/k/a FRANCISCO AMAURY RUIZ OGANDO, a/k/a ALFREDO RODRIGUEZ RIOS, a/k/a ALFREDO RIOS PEREZ before the United States District Court at Montgomery, Alabama, Courtroom 4A , on the 26th day of September, 2007 at 10:30 o'clock AM.

DONE this 19th September, 2007.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

By: /s/ Joyce Taylor
Deputy Clerk