IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07cr205-MHT |
| | ) | |
| FNU/LNU | ) | |
| a/k/a Francisco Amaury Ruiz Ogando, | ) | |
| a/k/a Alfredo Rodriquez Rios, | ) | |
| a/k/a Alfredo Rios Perez | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **FNU/LNU,** by and through undersigned counsel, Michael J. Petersen, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 21st day of November 2007.

                                              Respectfully submitted,

                                            s/ Michael J. Petersen
                                            MICHAEL J. PETERSEN
                                            Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: michael_petersen@fd.org
                                            ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO: 2:07cr205-MHT |
| ) | |
| **FNU/LNU** ) | |
|   a/k/a Francisco Amaury Ruiz Ogando, ) | |
|   a/k/a Alfredo Rodriquez Rios, ) | |
|   a/k/a Alfredo Rios Perez ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Tommie Brown Hardwick, Esq.
>Assistant United States Attorney
>131 Clayton Street
>Montgomery, Alabama 36101

>Respectfully submitted,
>
>s/ Michael J. Petersen
>MICHAEL J. PETERSEN
>Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: michael_petersen@fd.org
>ASB-5072-E48M