IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> FRANCISCO AMAURY RUIZ ) <br> OGANDO    ) | CRIMINAL ACTION NO. <br>  2:07cr205-MHT |

ORDER

It is ORDERED as follows:

(1) The unopposed motion to amend and correct name of defendant (Doc. No. 15) is granted.

(2) The indictment and other documents in this case are amended to reflect that the correct name of the defendant is Francisco Amaury Ruiz Ogando.

DONE, this the 14th day of December, 2007.

                          /s/ Myron H. Thompson  
                    UNITED STATES DISTRICT JUDGE