IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO.  2:07cr205-MHT |
| ) | |
| FRANCISCO AMAURY RUIZ OGANDO ) | |

**UNITED STATES' MOTION FOR REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. On September 14, 2007, an Indictment was filed against the Defendant.

2. The Defendant notified the United States of Defendant's intent to plead guilty in sufficient time to qualify for an additional one point offense level reduction. The Defendant pled guilty to the Indictment on November 30, 2007.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels on the Combined Adjusted Offense Level under the U.S.S.G. calculation in case numbers 2:06cr233-MHT and 2:07cr205-MHT.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 19th day of February, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                131 Clayton Street
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 2:07cr205-MHT |
| ) | |
| FRANCISCO AMAURY RUIZ OGANDO ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael Petersen, Esq.

    Respectfully submitted,

    /s/Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: tommie.hardwick@usdoj.gov