IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr205-MHT |
| | ) | |
| FRANCISCO AMAURY RUIZ OGANDO | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 20th day of February, 2008.

                                                            LEURA G. CANARY
                                                            UNITED STATES ATTORNEY

                                                            /s/Nathan D. Stump
                                                            NATHAN D. STUMP
                                                            Assistant United States Attorney
                                                            131 Clayton Street
                                                            Montgomery, AL 36104
                                                            Phone: (334) 223-7280
                                                            Fax: (334) 223-7135
                                                            E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr205-MHT |
| | ) | |
| FRANCISCO AMAURY RUIZ OGANDO | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Petersen, Esq.

> Respectfully submitted,
>
> /s/Nathan D. Stump
> NATHAN D. STUMP
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: nathan.stump@usdoj.gov

-2-